An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID KLUCKA,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 69086

**FILED**

DEC 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a presentence order denying a motion to withdraw from unlawful plea agreement. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of this appeal reveals a jurisdictional defect. An order denying a presentence motion to withdraw a guilty plea is not a final appealable order; the decision may be challenged on appeal from the judgment of conviction. NRS 177.015(3); NRS 177.045; *Hargrove v. State*, 100 Nev. 498, 686 P.2d 222 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1]Appellant's motion filed on December 15, 2015, is denied as moot.

15-38358

cc: Hon. Kerry Louise Earley, District Judge
David Klucka
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A